JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH FORREST, | Case No. CV 25-0461 FMO (SSCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BANK OF AMERICA, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 21st day of April, 2025.

/s/
Fernando M. Olguin
United States District Judge